```
                    FILED
                    June 2, 2015
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                    CALIFORNIA

                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>    Plaintiff,               )<br>                              )<br>v.                            )<br>                              )<br>CUC THI SCHAEFFER,            )<br>                              )<br>    Defendant.                ) | Case No. 2:15-mj-00121-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, CUC THI SCHAEFFER, Case No. 2:15-mj-00121-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $75,000.00

    _X_  Co-Signed Unsecured Appearance Bond

    ___  Secured Appearance Bond

    _X_  (Other) Conditions as stated on the record.

    _X_  (Other) The defendant was further ordered to appear on June 24, 2015 at 1:30 p.m. in the District of Nebraska.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/2/2015  at  2:38 p.m.

By _____
      Edmund F. Brennan
      United States Magistrate Judge