1 LAW OFFICE OF ROBERT M. WILSON
Robert M. Wilson, CA SBN 122731
2 770 L Street, Suite 950
Sacramento, California 95814
3 (916) 441-0888
4 RWilson@BuisinessCounsel.net
Attorney for Defendant
5 BRIAN ROBINSON
6 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-128 JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| BRIAN ROBINSON, KIMBERLY SANTIAGO ROBINSON, CUC THI SCHAEFFER, JOHN ACOSTA, and ANTONIO BENITEZ GONZALEZ, | |
| Defendants. | Date: April 16, 2019<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Michele Beckwith, Defendant Brian Robinson by and through Attorney Robert M. Wilson, Defendant Kimberly Santiago Robinson by and through Attorney Dustin D. Johnson, Defendant Cuc Thi Schaeffer by and through Attorney Mark S. Axup, Defendant John Acosta by and through Attorney Hayes H. Gable, III, and Defendant Antonio Benitez Gonzalez

ORDER CONTINUING STATUS
CONFERENCE

by and through Attorney Todd D. Leras, stipulate as follows:

1. This matter is presently set for an initial status conference in this district on December 11, 2018.

2. By this Stipulation, Defendants request to continue the status conference to April 16, 2019 at 9:15 a.m., and to exclude time between December 11, 2018, and April 16, 2019, under Local Code T4.

3. The United States initiated prosecution of this matter in the District of Nebraska (Case No. 8:15-cr-178). A Second Superseding Indictment, filed in Nebraska, charges all five Defendants with Conspiracy to Distribute Marijuana in violation of 21 U.S.C. § 846 (Count One) and includes forfeiture allegations. The Second Superseding Indictment also charges Brian Robinson alone with Interstate Travel Regarding a Criminal Racketeering Enterprise in violation of 18 U.S.C. § 1952 (Count Two), while Brian Robinson and Kimberly Santiago Robinson are charged with Conspiracy to Launder Money in violation of 18 U.S.C. § 1956 (Count Three).

4. Defendants' Motion to Change Venue to the Eastern District of California was granted by Nebraska Chief United States District Judge Laurie Smith Camp in a written Memorandum and Order, dated June 29, 2018.

5. Discovery in the case necessarily involves bank and financial records as well as investigative reports touching upon activities in California and Nebraska. This discovery has been either directly produced to predecessor defense counsel in the District of Nebraska or will be produced directly to present counsel and/or made available for inspection and copying.

ORDER CONTINUING STATUS CONFERENCE

6. Counsel for all Defendants desire additional time to review the charges and discovery, conduct investigation, and consult with their respective clients regarding potential defenses in this matter.

7. Counsel for all Defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The government does not object to the continuance.

9. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et. seq. For the purpose of computing time under the Speedy Trial Act within which trial must commence, the time period from October 16, 2018 to December 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendants' request on the basis that the Court find the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

10. Nothing in this Stipulation and Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

Assistant U.S. Attorney Michele Beckwith, Attorney Robert M. Wilson on behalf of Defendant Brian Robinson, Attorney Dustin D. Johnson on behalf of Defendant Kimberly Santiago Robinson, Attorney Mark S. Axup on behalf of Defendant Cuc Thi Schaeffer, and

ORDER CONTINUING STATUS CONFERENCE

Attorney Hayes H. Gable, III, on behalf of Defendant John Acosta have reviewed this document and authorized Todd D. Leras via email to sign it on their behalf.

DATED: December 10, 2018

By    Robert M. Wilson for
MICHELE BECKWITH
Assistant United States Attorney

DATED: December 10, 2018

By    /s/ Robert M. Wilson
ROBERT M. WILSON
Attorney for Defendant
BRIAN ROBINSON

DATED: December 10, 2018

By    Robert M. Wilson for
DUSTIN D. JOHNSON
Attorney for Defendant
KIMBERLY ROBINSON

DATED: December 10, 2018

By    Robert M. Wilson for
MARK S. AXUP
Attorney for Defendant
CUC THI SCHAEFFER

DATED: December 10, 2018

By    Robert M. Wilson for
HAYES H. GABLE, III
Attorney for Defendant
JOHN ACOSTA

DATED: December 10, 2018

By    Robert M. Wilson for
TODD D. LERAS
Attorney for Defendant
ANTONIO GONZALEZ

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE GOVERNMENT AND DEFENSE COUNSEL FOR ALL DEFENDANTS, it is hereby ordered that the status conference in this matter, scheduled for December 11, 2018, is vacated. A new status conference is scheduled for April 16, 2019, at 9:15 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), B(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 11, 2018, up to and including April 16, 2019.

DATED: December 10, 2018

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE