| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHELE BECKWITH<br>Assistant United States Attorneys |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ROBINSON,<br>KIMBERLY SANTIAGO ROBINSON,<br>CUC THI SCHAEFFER,<br>JOHN ACOSTA, and<br>ANTONIO BENITEZ GONZALEZ,<br><br>Defendants. | CASE NO. 2:18-CR-128 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 16, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on April 16, 2019.

2. By this stipulation, defendants now move to continue the status conference until May 14, 2019 at 9:15 a.m., and to exclude time between April 16, 2019, and May 14, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports from multiple agencies, court documents, photographs, voluminous electronic materials, and various other documents. To date, the United States has made this discovery available to the defense and is prepared to make rolling physical productions contingent upon the execution of a protective order that will protect defendants' and others'

personal identify information.

    b) Counsel for defendants desire additional time to review discovery, consult with their clients, conduct investigation and research related to the charges, discuss potential resolutions with their clients and to otherwise prepare for trial, if necessary. They believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 16, 2019 to May 14, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 11, 2019       M<small>C</small>GREGOR W. SCOTT
United States Attorney

/s/ MICHELE BECKWITH
MICHELE BECKWITH
Assistant United States Attorney

Dated: April 11, 2019      /s/ Michele Beckwith for Robert M. Wilson
Robert M. Wilson
Counsel for Defendant
Brian Robinson

| | |
|---|---|
| Dated: April 11, 2019 | /s/ Michele Beckwith for Dustin D. Johnson<br>Dustin D. Johnson<br>Counsel for Defendant<br>Kimberly Robinson |
| Dated: April 11, 2019 | /s/ Michele Beckwith for Mark S. Axup<br>Mark S. Axup<br>Counsel for Defendant<br>Cuc Thi Schaeffer |
| Dated: April 11, 2019 | /s/ Michele Beckwith for Hayes H. Gable<br>Hayes H. Gable<br>Counsel for Defendant<br>John Acosta |
| Dated: April 11, 2019 | /s/ Michele Beckwith for Todd Leras<br>Todd Leras<br>Counsel for Defendant<br>Antonio Gonzalez |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 11th day of April, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE