1  Dustin D. Johnson (SBN: 234008)
   Two Rivers Law, P.C.
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for Kimberly S. Robinson

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

| 11 | United States of America, | No.  2:18-cr-00128-JAM |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| 13 | v. | |
| 14 | BRIAN ROBINSON, KIMBERLY SANTIAGO ROBINSON, CUC THI SCHAEFFER, JOHN ACOSTA, and ANTONIO BENITEZ GONZALEZ | DATE: May 14, 2019 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| 15-17 | Defendant. | |

19                                **STIPULATION**

20  1.  By previous order, this matter was set for status on May 14,
21      2019.
22  2.  By this stipulation, defendants now move to continue the
23      status conference until June 4, 2019 at 9:15 a.m., and to
24      exclude time between May 14, 2019, and June 4, 2019, under
25      Local Code T4.
26  3.  The parties agree and stipulate, and request that the Court
27      find the following:
28

                                        1

| | | |
|---|---|---|
| 1 | a) | The government has represented that the discovery |
| 2 | | associated with this case includes investigative |
| 3 | | reports from multiple agencies, court documents, |
| 4 | | photographs, voluminous electronic materials, and |
| 5 | | various other documents. To date, the United States has |
| 6 | | made this discovery available to the defense and is |
| 7 | | prepared to make rolling physical productions |
| 8 | | contingent upon the execution of a protective order |
| 9 | | that will protect defendants' and others' personal |
| 10 | | identifying information. |
| 11 | b) | Counsel for defendants desire additional time to review |
| 12 | | discovery, consult with their clients, conduct |
| 13 | | investigation and research related to the charges, |
| 14 | | discuss potential resolutions with their clients and to |
| 15 | | otherwise prepare for trial, if necessary. They believe |
| 16 | | that failure to grant the above-requested continuance |
| 17 | | would deny them the reasonable time necessary for |
| 18 | | effective preparation, taking into account the exercise |
| 19 | | of due diligence. |
| 20 | c) | The government does not object to the continuance. |
| 21 | d) | Based on the above-stated findings, the ends of justice |
| 22 | | served by continuing the case as requested outweigh the |
| 23 | | interest of the public and the defendant in a trial |
| 24 | | within the original date prescribed by the Speedy Trial |
| 25 | | Act. |
| 26 | e) | For the purpose of computing time under the Speedy |
| 27 | | Trial Act, 18 U.S.C. § 3161, et seq., within which |
| 28 | | trial must commence, the time period of May 14, 2019 to |

|     | June 4, 2019, inclusive, is deemed excludable pursuant
|     | to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
|     | because it results from a continuance granted by the
|     | Court at defendant's request on the basis of the
|     | Court's finding that the ends of justice served by
|     | taking such action outweigh the best interest of the
|     | public and the defendant in a speedy trial.
4.   Nothing in this stipulation and order shall preclude a
     finding that other provisions of the Speedy Trial Act
     dictate that additional time periods are excludable from the
     period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: May 10, 2019           Respectfully Submitted,

                              /s/ Dustin D. Johnson
                              DUSTIN D. JOHNSON
                              Attorney for Defendant
                              Kimberley Robinson

Dated: May 10, 2019           /s/ Dustin D. Johnson for
                              Robert M. Wilson
                              ROBERT M. WILSON
                              Attorney for Defendant
                              Brian Robinson

Dated: May 10, 2019           /s/ Dustin D. Johnson for Mark S. Axup
                              MARK S. AXUP
                              Attorney for Defendant
                              Cuc Thi Schaeffer

Dated: May 10, 2019           /s/ Dustin D. Johnson for Todd Leras
                              TODD LERAS
                              Attorney for Defendant
                              Antonio Gonzalez

| | | |
|---|---|---|
| Dated: May 10, 2019 | | /s/ Dustin D. Johnson for <u>Hayes H. Gable</u><br>HAYES H. GABLE<br>Attorney for Defendant<br>John Acosta |
| Dated: May 10, 2019 | | McGREGOR W. SCOTT<br>United State Attorney |
| | | /s/ Dustin D. Johnson for <u>Michele Beckwith</u><br>MICHELE BECKWITH<br>Assistant United State Attorney |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of May, 2019.

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

4