Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Kimberly S. Robinson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>     v.<br><br>BRIAN ROBINSON,<br>KIMBERLY SANTIAGO ROBINSON,<br>CUC THI SCHAEFFER,<br>JOHN ACOSTA, and<br>ANTONIO BENITEZ GONZALEZ<br><br>        Defendant. | No. 2:18-cr-00128-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: June 4, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

### STIPULATION

1.  By previous order, this matter was set for status on June 4, 2019.

2.  By this stipulation, defendants now move to continue the status conference until June 18, 2019 at 9:15 a.m., and to exclude time between June 4, 2019, and June 18, 2019, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

1

a)  The government has represented that the discovery
    associated with this case includes investigative
    reports from multiple agencies, court documents,
    photographs, voluminous electronic materials, and
    various other documents. To date, the United States has
    made this discovery available to the defense and is
    prepared to make rolling physical productions
    contingent upon the execution of a protective order
    that will protect defendants' and others' personal
    identifying information.

b)  Counsel for defendants desire additional time to review
    discovery, consult with their clients, conduct
    investigation and research related to the charges,
    discuss potential resolutions with their clients and to
    otherwise prepare for trial, if necessary. They believe
    that failure to grant the above-requested continuance
    would deny them the reasonable time necessary for
    effective preparation, taking into account the exercise
    of due diligence.

c)  The government does not object to the continuance.

d)  Based on the above-stated findings, the ends of justice
    served by continuing the case as requested outweigh the
    interest of the public and the defendant in a trial
    within the original date prescribed by the Speedy Trial
    Act.

e)  For the purpose of computing time under the Speedy
    Trial Act, 18 U.S.C. § 3161, et seq., within which
    trial must commence, the time period of June 4, 2019 to

June 18, 2019, inclusive, is deemed excludable pursuant
to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
because it results from a continuance granted by the
Court at defendant's request on the basis of the
Court's finding that the ends of justice served by
taking such action outweigh the best interest of the
public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a
finding that other provisions of the Speedy Trial Act
dictate that additional time periods are excludable from the
period within which a trial must commence.


**IT IS SO STIPULATED.**


Dated: May 30, 2019          Respectfully Submitted,

                             /s/ Dustin D. Johnson
                             DUSTIN D. JOHNSON
                             Attorney for Defendant
                             Kimberley Robinson

Dated: May 30, 2019          /s/ Dustin D. Johnson for
                             Robert M. Wilson
                             ROBERT M. WILSON
                             Attorney for Defendant
                             Brian Robinson


Dated: May 30, 2019          /s/ Dustin D. Johnson for Mark S. Axup
                             MARK S. AXUP
                             Attorney for Defendant
                             Cuc Thi Schaeffer


Dated: May 30, 2019          /s/ Dustin D. Johnson for Todd Leras
                             TODD LERAS
                             Attorney for Defendant
                             Antonio Gonzalez

3

```
 1

 2
    Dated: May 30, 2019          /s/ Dustin D. Johnson for
 3                               Hayes H. Gable
                                 _____
                                 HAYES H. GABLE
 4                               Attorney for Defendant
                                 John Acosta
 5

 6
    Dated: May 30, 2019          McGREGOR W. SCOTT
 7                               United State Attorney

 8

 9                               /s/ Dustin D. Johnson for
                                 Michele Beckwith
                                 _____
10                               MICHELE BECKWITH
                                 Assistant United State Attorney
11

12

13                    **FINDINGS AND ORDER**

14  IT IS SO FOUND AND ORDERED this 31st day of May, 2019.

15

16                       /s/ John A. Mendez_____
                         John A. Mendez
17                       United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28
```