Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Kimberly S. Robinson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>BRIAN ROBINSON,<br>KIMBERLY SANTIAGO ROBINSON,<br>CUC THI SCHAEFFER,<br>JOHN ACOSTA, and<br>ANTONIO BENITEZ GONZALEZ<br><br>        Defendant. | No. 2:18-cr-00128-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: June 18, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on June 18, 2019.

2. By this stipulation, defendants now move to continue the status conference until August 13, 2019 at 9:15 a.m., and to exclude time between June 18, 2019, and August 13, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

1

a) The government has represented that the discovery associated with this case includes investigative reports from multiple agencies, court documents, photographs, voluminous electronic materials, and various other documents. To date, the United States has made this discovery available to the defense and is prepared to make rolling physical productions contingent upon the execution of a protective order that will protect defendants' and others' personal identifying information.

b) Counsel for defendants desire additional time to review discovery, consult with their clients, conduct investigation and research related to the charges, discuss potential resolutions with their clients and to otherwise prepare for trial, if necessary. They believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 18, 2019

|     |     |     |
| --- | --- | --- |
| 1   |     | to August 13, 2019, inclusive, is deemed excludable |
| 2   |     | pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code |
| 3   |     | T4] because it results from a continuance granted by |
| 4   |     | the Court at defendant's request on the basis of the |
| 5   |     | Court's finding that the ends of justice served by |
| 6   |     | taking such action outweigh the best interest of the |
| 7   |     | public and the defendant in a speedy trial. |
| 8   | 4.  | Nothing in this stipulation and order shall preclude a |
| 9   |     | finding that other provisions of the Speedy Trial Act |
| 10  |     | dictate that additional time periods are excludable from the |
| 11  |     | period within which a trial must commence. |

**IT IS SO STIPULATED.**

Dated: June 14, 2019          Respectfully Submitted,

/s/ Dustin D. Johnson
DUSTIN D. JOHNSON
Attorney for Defendant
Kimberley Robinson

Dated: June 14, 2019          /s/ Dustin D. Johnson for
Robert M. Wilson
ROBERT M. WILSON
Attorney for Defendant
Brian Robinson

Dated: June 14, 2019          /s/ Dustin D. Johnson for Mark S. Axup
MARK S. AXUP
Attorney for Defendant
Cuc Thi Schaeffer

Dated: June 14, 2019          /s/ Dustin D. Johnson for Todd Leras
TODD LERAS
Attorney for Defendant
Antonio Gonzalez

Dated: June 14, 2019          /s/ Dustin D. Johnson for
                              Hayes H. Gable
                              HAYES H. GABLE
                              Attorney for Defendant
                              John Acosta


Dated: June 14, 2019          McGREGOR W. SCOTT
                              United State Attorney


                              /s/ Dustin D. Johnson for
                              Michele Beckwith
                              MICHELE BECKWITH
                              Assistant United State Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of June, 2019.


                    /s/ John A. Mendez
                    John A. Mendez
                    United States District Court Judge